| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>ROBERT J. BASIL ESQ<br>COLLIER & BASIL, P. C.<br>125 W. 31ST STREET STE 19-B<br>NEW YORK, NY 10001<br>ATTORNEY FOR: PLAINTIFF | TELEPHONE:<br>917-512-3066<br><br>REF: | FOR COURT USE |
|---|---|---|
| NAME OF COURT, JUDICIAL DISTRICT AND BRANCH NAME:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF THE CASE: CIRCA, INC. V. MEL BERNIE AND COMPANY, INC. | | CASE#: 07CIV10265 |

## PROOF OF SERVICE

1. **AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.**

2. **I SERVED THE FOLLOWING DOCUMENTS:** Summons, Complaint, Rule 7.1 statement, Case Information Statement Individual Practices of Hon. Richard M. Berman, Individual Practices of Magistrate Judge Debra Freeman.

3. **PARTY SERVED:** MEL BERNIE AND COMPANY, INC - C/O Paul Edmeier CFO

4. **ADDRESS** [ ] HOME  [✓] BUSINESS : 3000 W. EMPIRE AVE. BURBANK, CA 90025

5. **METHODE OF SERVICE :**
   [✓] **PERSONAL SERVICE :** BY PERSONAL DELIVERY TO THE PERSON IDENTIFIED IN PARAGRAPH 3.
   **DATE OF SERVICE :** 11/14/2007     **TIME OF SERVICE :** 4:30PM

   [ ] **SUBSTITUTED SERVICE TO :**
   **DATE OF SERVICE :**     **TIME OF SERVICE :**

   [ ] **BY MAIL :** BY MAILING COPIES TO THE PERSON IDENTIFIED IN PARAGRAPH 3 BY FIRST CLASS MAIL.
   **DATE OF MAILING :**     **PLACE OF DEPOSIT :**

6. **PERSON WHO SERVED PAPERS:** ALBERT GHAZARIAN     **FEE FOR SERVICE :** $84.00

   WEST COAST SERVICES, INC.
   348 E. OLIVE AVE. SUITE K
   BURBANK, CA. 91502
   Tel: (818) 845-5067

   Registered California Process Server
   (1) [ ] Employee or [X] Independent
   (2) Registration No: 4045
   (3) County: LOS ANGELES

7. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATE: 11/15/2007

ALBERT GHAZARIAN
(NAME AND SIGNATURE OF THE PERSON SERVING THE PAPERS)

SUSCRIBED AND SWORN to before me this
15th day of November, 2007

Notary Public in and for the
County of Los Angeles. State of California

LIA MOVSESIAN
Commission # 1691658
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2010

**PROOF OF SERVICE**