**MEMO ENDORSED**

**ALLYN & FORTUNA LLP**
ATTORNEYS AT LAW
200 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016-3903

(212) 213-8844
FACSIMILE (212) 213-3318
WWW.ALLYNFORTUNA.COM


RECEIVED
DEC 03 2007
RICHARD M. BERMAN

December 3, 2007

**BY HAND**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/03/07

Re: CIRCA INC. v. Mel Bernie and Company
Civ. No: 07CIV10265

Dear Judge Berman:

My firm is counsel to the defendant in the above-referenced matter. I am writing to request that the time to answer to the complaint or file a pre answer motion be extended to January 4, 2008. Also, we request that the rule 16 conference which is currently scheduled for December 20th, be adjourned to January 15, 2008.

Counsel for the plaintiff has consented to these requests.

Thank you for your consideration.

Sincerely,

Nicholas Fortuna

cc:  Nicholas Gallo
Gallo & Darmanian
VIA FACSIMILE (212) 692-0875

Robert J. Basil
Collier & Basil
VIA FACSIMILE (831) 536-1075

APPLICATION GRANTED ON CONSENT. CONFERENCE IS ADJOURNED UNTIL 1/15/08 AT 10:00 A.M.

SO ORDERED:
Date: 12/3/07
Richard M. Berman, U.S.D.J.