ALLYN & FORTUNA, LLP
Nicholas Fortuna (NF 9191)
Attorneys for Defendant
*MEL BERNIE and COMPANY*
200 Madison Avenue, 5th floor
New York, New York, 10016-3903
Ph: (212) 213-8844
Fax: (212) 213-3318

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

**UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| CIRCA INC., | Docket No.: 07 CV 10265 |
| Plaintiff, | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| -against- | |
| MEL BERNIE and COMPANY, | |
| Defendant. | |

-----------------------------------------------------------------X

Upon the motion of Nicholas Fortuna, attorney for defendant MEL BERNIE and COMPANY in the above captioned case in the United States District Court for the Southern District of New York. **MARVIN GELFAND IS ADMITTED PRO HAC VICE IN... ...THIS MATTER** All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: December 19, 2007
New York, New York

_____*RMB*_____
United States District Court Judge.
12/21/07