UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

**CIRCA**

Plaintiff(s),

**Case Management Plan**

- v -

**07** CV. **10265** (RMB)

**MEL BELNIE**

Defendant(s).

--------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____

(ii)   Amend the pleadings by _____

(iii)  All discovery to be **expeditiously** completed by ___ 5/11/08 (Fact + Expert) ___

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions ___ 5/19/08 with principals @ 9:15 A.M. ___

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motion to transfer 1/28/08; 2/15/08; Reply 2/29/08 } on submission

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other ___ Work on settlement ___

**SO ORDERED:** New York, New York

1/11/08

_RMB_

Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/08