SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIRCA, INC.          Plaintiff,

- against -

MEL BERNIE and       Defendant.
COMPANY

**0**7 cv 10265 (RM**B**

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert J. Basil, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Nicholas A. Gallo, III
Firm Name: Gallo & Darmanian
Address: 230 Park Avenue Suite 863
City/State/Zip: New York, NY 10169
Phone Number: (212) 692-0872
Fax Number: (212) 692-0875

Nicholas A. Gallo, III is a member in good standing of the Bar of the States of New Jersey

There are no pending disciplinary proceeding against Nicholas A. Gallo, III in any State or Federal court.

Dated: JAN 2, 2008
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar RB 3410
Firm Name: COLLIER & BASIL, P.C.
Address: 125 W. 31st Street, Suite 19-B
City/State/Zip: New York NY 10001
Phone Number: 917 512 3066
Fax Number: 831-536-1075

SDNY Form Web 10 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CIRCA, INC                                    Civ. No.:  07 CV 10265 (RMB)

           Plaintiff,

                                            CERTIFICATION OF ROBERT J. BASIL
v.                                            IN SUPPORT OF MOTION TO ADMIT
                                            COUNSEL PRO HAC VICE

MEL BERNIE AND COMPANY, INC.

           Defendant.
-------------------------------------------------------X

        Robert J. Basil, upon his oath pursuant to 28 U.S.C. 1746, states as follows:

1. I am a director of the firm of Collier & Basil, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Nicholas A. Gallo, III as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in December 1988. I am also admitted to the bar of the united States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Gallo since 1996.

4. Mr. Gallo is a named partner in the firm of Gallo & Darmanian, located at 230 Park Avenue, Suite 863, New York , NY 10169.

5. I have found Mr. Gallo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Nicholas A. Gallo, III, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Nicholas A. Gallo, III, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Nicholas A. Gallo, III, pro hac vice, to represent Plaintiff in the above captioned matter be granted.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2008
New York, New York 10001

*[signature]*
Robert J. Basil, Esq. (RB 3410)
A Director of the Firm

2

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **NICHOLAS A GALLO** (No. **228391965**) was constituted and appointed an Attorney at Law of New Jersey on **October 19, 1965** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **31ST** day of **December**, 20 **07**

*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CIRCA, INC                                    Civ. No.: 07 CV 10265 (RMB)

           Plaintiff,

                                            CERTIFICATION OF SERVICE OF
v.                                                   MOTION TO ADMIT
                                            COUNSEL PRO HAC VICE

MEL BERNIE AND COMPANY, INC.

           Defendant.
-------------------------------------------------------X

        Robert J. Basil, upon his oath pursuant to 28 U.S.C. 1746, states as follows:

1. On January 2, 2008, I caused to be placed into the United States Mail, First Class, Postage Paid the following documents:

(a) Motion to Admit Counsel Pro Hac Vice;
(b) Certification of Robert J. Basil in Support of Motion to Admit Counsel Pro Hac Vice;
(c) Supreme Court of New Jersey – Certification of Good Standing – Nicholas Gallo; and
(d) Form of Order

upon: Nicholas Fortuna (NF 9191), Allyn & Fortuna, 200 Madison Avenue, 5th Floor, New York, NY 10016-3903

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2008
       New York, New York 10001

                                                        Robert J. Basil, Esq. (RB 3410)
                                                        A Director of the Firm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CIRCA, INC                                     Civ. No.: 07 CV 10265 (RMB)

        Plaintiff,

                                  ORDER FOR ADMISSION
v.                                 PRO HAC VICE ON
                                  WRITTEN MOTION
MEL BERNIE AND COMPANY, INC.

        Defendant.
-------------------------------------------------------X

UPON the motion of Robert J. Basil, Esq., attorney for plaintiff Circa, Inc. in the above captioned case in the United States District Court for the Southern District of New York, Nicholas A. Gallo is admitted Pro Hac Vice in this matter. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: _____

New York, New York
                                                           United States District Court Judge