UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

CIRCA, INC                                Civ. No.: 07 CV 10265 (RMB)

        Plaintiff,

                                ORDER FOR ADMISSION
v.                                PRO HAC VICE ON
                                WRITTEN MOTION

MEL BERNIE AND COMPANY, INC.

        Defendant.
-----------------------------------------------------X

UPON the motion of Robert J. Basil, Esq., attorney for plaintiff Circa, Inc. in the above captioned case in the United States District Court for the Southern District of New York, Nicholas A. Gallo is admitted Pro Hac Vice in this matter. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: 1/12/08
New York, New York

                                        Richard M. Berman
                                        United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/08