## DECLARATION OF MEL BERNIE

I, MEL BERNIE, hereby declare as follows:

1. I am the founder and Chief Executive Officer of Mel Bernie and Company, Inc. ("MBC"). I respectfully submit this declaration in support of MBC's motion to transfer venue to the Central District of California. The facts set forth in this declaration are within my personal knowledge, and, if called as a witness, I could and would competently testify to the truth thereof.

2. I am a resident of Agoura, California. I am intimately familiar with the operations of MBC, its products, and its use of the CIRCA trademarks in connection therewith.

3. MBC manufactures costume jewelry which it sells to various distributors and retailers throughout the United States. MBC is a California corporation with its corporate headquarters and principal place of business located in Burbank, California. All of MBC's principals and employees are located in Burbank, California, as are its warehouse and all of its corporate records. All of MBC's manufacturing is performed either in Burbank, California or abroad.

4. One of MBC's prominent lines of jewelry is called "CIRCA 1900." On or about October 22, 1991, MBC adopted and began using the trademarks "CIRCA" and "CIRCA 1900," and the design mark "CIRCA 1900," in connection with its CIRCA 1900 line of jewelry. The CIRCA 1900 design mark and trademark, and the CIRCA trademark shall be referred to collectively herein as the "CIRCA trademarks." MBC has, since 1991, used the CIRCA trademarks in interstate commerce in connection with all of its distribution and sales of the CIRCA 1900 line of jewelry.

5. MBC is the owner of registration no. 2833617 for the trademark "CIRCA," registered in the United States Patent and Trademark Office on April 20, 2004 covering use of that trademark on costume jewelry with semi-precious and synthetic

1

stones, silver jewelry, gold jewelry and watches. A true and correct copy of the registration is attached hereto as Exhibit "A." The registration was validly assigned by UKI Products Limited, a United Kingdom corporation, to MBC by means of a written assignment dated November 15, 2006 and recorded in the United States Patent and Trademark Office on December 11, 2006. A copy of the assignment is attached hereto as Exhibit "B."

6. MBC has, since 1991, developed the CIRCA trademarks and has continuously used them to distinguish the jewelry manufactured and sold by MBC from that manufactured and sold by others. The CIRCA trademarks have appeared prominently on MBC's products and in trade literature and advertising materials. MBC has, since 1991 diligently policed its rights in the CIRCA trademarks.

7. In or about January 2007, it came to my attention that plaintiff was advertising its jewelry related goods and/or services under the name "CIRCA" in certain jewelry trade magazines distributed in California. The advertisements prominently display the word "CIRCA" in a manner similar to the display of the word "CIRCA" on MBC's products and promotional materials, and state that one of plaintiff's offices is located in San Francisco, California. A true copy of one of plaintiff's advertisements is attached hereto as Exhibit "C."

8. Subsequently, I discovered plaintiff's registration and use of the domain name circajewels.com. Upon discovering plaintiff's use of the CIRCA trademark in its advertisements and in its domain name, I immediately notified my counsel.

9. Plaintiff's website proclaims that it is a "national buying house" and lists its various locations across the country -- including one in California -- and abroad. Further, the website states that it does business beyond the boundaries of its regional offices, and has plans to open another office in Los Angeles, among other places. A true copy of each page of the circajewels.com website is attached hereto as Exhibit "D."

10. MBC's Chief Operating Officer, Paul Edmeier, is a resident of Monrovia, California, and is employed at our Burbank, California office. He is familiar with MBC's registration of the CIRCA trademarks, the marketing and promotion of MBC's CIRCA 1900 line of jewelry, and MBC's financial and/or accounting information.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed at Burbank, California on January 25, 2008.

*/s/ Mel Bernie*
Mel Bernie

EXHIBIT "A"

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,833,617
Registered Apr. 20, 2004

## TRADEMARK
PRINCIPAL REGISTER



UKI PRODUCTS LIMITED (UNITED KINGDOM CORPORATION)
67-69 SALCOTT ROAD
LONDON, UNITED KINGDOM SW11 6DQ

FOR: COSTUME JEWELRY WITH SEMI-PRECIOUS AND SYNTHETIC STONES; SILVER JEWELRY; GOLD JEWELRY; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF UNITED KINGDOM REG. NO. 2187410, DATED 7-23-1999, EXPIRES 1-29-2009.

SER. NO. 76-301,588, FILED 8-20-2001.

MARY ROSSMAN, EXAMINING ATTORNEY

EXHIBIT "B"

 

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

    **Serial #:** 76301588     **Filing Dt:**     **Reg #:** 2833617     **Reg. Dt:**

    **Mark:**

**Assignment: 1**

    **Reel/Frame:** 3441/0948     **Received:** 12/11/2006     **Recorded:** 12/11/2006     **Pages:** 4

    **Conveyance:** ASSIGNS THE ENTIRE INTEREST

    **Assignor:** UKI PRODUCTS LIMITED     **Exec Dt:** 11/15/2006
        **Entity Type:** CORPORATION
        **Citizenship:** UNITED KINGDOM

    **Assignee:** MEL BERNIE AND COMPANY, INC.     **Entity Type:** CORPORATION
        3000 W. EMPIRE AVENUE     **Citizenship:** CALIFORNIA
        BURBANK, CALIFORNIA 91504

    **Correspondent:** MARVIN GELFAND, ESQ.
        9665 WILSHIRE BOULEVARD
        9TH FLOOR
        BEVERLY HILLS, CA 90212

Search Results as of: 09/10/2007 03:36 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME |

EXHIBIT "C"

TRADING UP, TRADING DOWN,
OR SIMPLY TRADING IN...
SOMETIMES CHANGE IS GOOD.

At Circa, we provide an upscale, professional and reliable service for clients who want to sell their fine jewelry. And by paying for each item immediately, we allow you to make your next exciting change.

415 MADISON AVE. 19TH FLOOR | NEW YORK, NY 10017
800.876.5490 | 212.486.6013 | WWW.CIRCAJEWELS.COM
NEW YORK | PALM BEACH | CHICAGO | SAN FRANCISCO | HONG KONG

CIRCA
WE'LL TAKE IT FROM HERE

EXHIBIT "D"

CIRCA - We buy jewelry. Sell your jewelry in New York, Palm Beach, San Francisco, C...    Page 1 of 1



http://www.circajewels.com/    6/5/2007

CIRCA - We buy jewelry.

http://www.circajewels.com/

PHILOSOPHY  ABOUT US  LOCATIONS  CONTACT

©2007 Circa Inc.

**ABOUT US**
It's how we got there.

**WHO WE ARE**

**CHRIS DEL GATTO** (click to see bio)
Chairman and Chief Executive Officer

**Richard Tilles**
President

**Jeffrey Singer**
Vice President & Managing Buyer

**Howard Sommer**
Chief Financial Officer

**Bonnie Stern**
Director of Client Services

**Fabiola Benagasa**
Creative Director

**REGIONAL DIRECTORS:**

TOLL FREE 800-8??

CIRCA

6/5/2007

PHILOSOPHY  ABOUT US  LOCATIONS  CONTACT

CIRCA

**ABOUT US**
Fabiola Beracasa
Creative Director

**REGIONAL DIRECTORS:**
Ruth Thurston
Director – Chicago

Peter Shemonsky
Director – San Francisco

Tracy Sherman
Director – Palm Beach

Lee Siegel
Director – Washington D.C.

Faye Ildiin
Director – Las Vegas

Angelina Chen
Director – CIRCA Far East, Hong Kong

TOLL FREE 800 87

CIRCA – we buy jewelry,

© 2007 Circa Inc.

http://www.circajewels.com/

6/5/2007



# CIRCA

PHILOSOPHY | ABOUT US | LOCATIONS | CONTACT

## PHILOSOPHY

At CIRCA we know that there are as many reasons to sell your jewelry as there are stories to tell. CIRCA has been seducing the world's finest antique, estate jewelry and diamond sellers since 2001. Our unique model has proven a successful entrée: an expert buying staff, the crème de la crème of customer-service and pricing that is unprecedented. CEO Chris Del Gatto credits CIRCA client's intense loyalty to the company's policy of being consumer advocates first. "By being honest and transparent throughout the entire process (A process which is damned with misnomers), this openness and honesty prevails in each transaction with CIRCA. The buying of the jewelry is ultimately secondary."

Del Gatto relays the number one client tell-all: " 'I just don't wear it anymore.' 'We don't see customers selling because they need the money.' Converting a collection of estate jewelry or diamonds to cold, hard cash in private is proving a sparkling business model for CIRCA and a valuable resource to the public. "Our clients recognize that they don't need to hold on to a piece of jewelry for their entire lives any longer," says Del Gatto. "People's lifestyles change. Jewels that they once wore to parties twice a year would be more valuable as a special trip in retirement or

TOLL FREE 800 8??

©2007 Circa Inc.



# CIRCA

## PHILOSOPHY

PHILOSOPHY | ABOUT US | LOCATIONS | CONTACT

and expensive atmosphere of the auction house.

CIRCA's financial resources and broad expertise are unmatched in the industry. We do indeed put a price on every piece of fine jewelry presented. There is no limit or minimum. Yet Del Gatto makes it clear that 'CIRCA's paramount interest is in customer satisfaction, nurturing loyalty and fostering our esteemed reputation. No one else treats clients as well as we do. At CIRCA, you are not a number; you and your assets are our heartfelt interest. You see that in our whole process; in presenting a price and providing the knowledge in how we got there.'

CIRCA's depth of knowledge and access to collections is in steady and solid growth. With offices in New York, Palm Beach, San Francisco, Chicago, Washington D.C., Las Vegas and Hong Kong; CIRCA has plans for cosmopolitan expansion to Los Angeles, Atlanta, Houston, Dallas and Boston and internationally to London, Paris, Brazil and beyond. CIRCA works with clients from around the world; we are not exclusive to our regional office areas.

To speak with a buyer for a CIRCA evaluation, please call 1.800.876.5480.

TOLL FREE 800 87...

©2007 Circa Inc.

http://www.circajewels.com/

6/5/2007

CIRCA ~ we buy jewelry. sell your jewelry...

PHILOSOPHY   ABOUT US   LOCATIONS   CONTACT

# CIRCA

## PHILOSOPHY

CIRCA's financial resources and broad expertise are unmatched in the industry. We do indeed put a price on every piece of fine jewelry presented. There is no limit or minimum. Yet Del Gatto makes it clear that 'CIRCA's paramount interest is in customer satisfaction, nurturing loyalty and fostering our esteemed reputation. No one else treats clients as well as we do. At CIRCA, you are not a number; your family and your assets are our heartfelt interest. You see that in our whole process, in presenting a price and providing the knowledge in how we got there.'

CIRCA's depth of knowledge and access to collections is in steady and solid growth. With offices in New York, Palm Beach, San Francisco, Chicago, Washington D.C., Las Vegas and Hong Kong, CIRCA has plans for cosmopolitan extension to Los Angeles, Atlanta, Houston, Dallas and Boston; and internationally to London, Paris, Brazil and beyond. CIRCA works with clients from around the world; we are not exclusive to our regional office areas.

To speak with a buyer for a CIRCA evaluation, please call 1.800.876.5490.

CIRCA takes it from here.

TOLL FREE 800 87

©2007 Circa Inc.

http://www.circajewels.com/    6/5/2007

CIRCA – we buy jewelry. sell your jewelry

PHILOSOPHY    ABOUT US    LOCATIONS    CONTACT

**LOCATIONS**

NEW YORK
415 Madison Avenue
19th Floor
New York, NY 10017
212.486.6013

CHICAGO
John Hancock Building
875 North Michigan Avenue
Suite #2848
Chicago, IL 60611
312.787.8588

CHICAGO
1 Tower Lane
Suite 1700
Oakbrook Terrace
Oakbrook, IL 60181
312.787.8586
By Appointment Only

SAN FRANCISCO
50 California Street
Suite #1500

CIRCA

©2007 Circa, Inc.

TOLL FREE 800 87

http://www.circajewels.com/

6/5/2007

