

**ALLYN & FORTUNA LLP**
ATTORNEYS AT LAW

200 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016-3903

(212) 213-8844
FACSIMILE (212) 213-3318
WWW.ALLYNFORTUNA.COM

March 13, 2008

**VIA OVERNIGHT FEDERAL EXPRESS**

Honorable Richard M. Berman,
United States District Judge
Southern District of New York
500 Pearl Street, Room 650, Courtroom 21D
New York, New York 10007

**Case Name: CIRCA INC. v. MEL BERNIE and COMPANY Et al.
Docket No.: 07 CIV 10265
Re: Additional extension of time to reply to opposition brief for motion to change venue.**

Dear Judge Berman:

This office represents the above defendant Mel Bernie and Company, Inc. in the above-mentioned matter. There is currently a motion to change venue pending before the Court in this case made by the defendant Mel Bernie. The filing deadline for defendant Mel Bernie's reply papers was originally Friday February 29, 2008. The filing deadline was extended to March 14, 2008 pursuant to a correspondence dated February 25, 2008 from this office explaining that the parties needed additional time to resolve the case.

The purpose of this correspondence is to request an additional extension of time for the defendant Mel Bernie to reply to the plaintiff's brief in opposition. The adjourn date as agreed between the parties is Friday March 21, 2008. The reason for the additional extension is to allow the parties more time to reach a settlement agreement. The plaintiff Circa Inc., has already consented to this extension of time pursuant to an email correspondence received on March 12, 2008 between Nicholas Gallo and myself.

Thank you for your time and consideration. Please do not hesitate to contact me should you have any questions with regard to the foregoing,

Sincerely,

Nicholas Fortuna

cc:
    Weissmann, Wolff, Bergman, Coleman, Grodin & Evall, LLP
    Marvin Gelfand, Esq., (Admitted Pro Hac Vice)
    Attorneys for Defendant
    Mel Bernie and Company, Inc.
    9665 Wilshire Blvd, 9th Floor
    Beverly Hills, CA 90212
    Ph: (310) 858 – 7888
    Fax: (310) 550 – 7191

    Nicholas Gallo
    Gallo & Darmanian
    230 Park Avenue
    Suite 863
    New York, Neew York 10169

Enclosures

> Extension Granted to 3/21/08.
>
> WORK HARD ON Settlement
>
> SO ORDERED:
> Date: 3/14/08
> Richard M. Berman, U.S.D.J.