USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CIRCA, INC.,

                    Plaintiff,      :   07 Civ. 10265 (RMB)

        -against-      :   **ORDER OF DISCONTINUANCE**

MEL BERNIE & CO., et al

                    Defendants.
------------------------------------------------------------X

      In view of the various extensions previously granted by this Court and in light of the parties' various statements that they are negotiating a settlement agreement, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within twenty-one (21) days of the date of this Order, the Plaintiff or Defendants may apply by letter showing good cause why this action should be restored to the calendar of the undersigned.

      Defendants' Motion to Change Venue [Dkt. # 14] is denied as moot (without prejudice), and the Clerk is respectfully requested to close this case.

**SO ORDERED**.

Dated: New York, New York
       March 21, 2008

                                                  _____
                                                  Richard M. Berman, U.S.D.J.